## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

| | |
|---|---|
| **LAROSSASA BROWN, Individually, and on behalf of themselves and other similarly situated current and former employees,**<br><br>    Plaintiffs,<br><br>v.<br><br>**HUDDLE HOUSE, INC.,**<br>a Georgia Corporation,<br><br>    Defendant. | **Civil Action No.: 1:17-cv-173-SA-DAS** |

## JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL

COME NOW the parties in the above captioned entitled action and move, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 79, for permission to file their proposed Confidential Settlement Agreement and Release ("Confidential Settlement Agreement") in this case under seal. The parties are filing with the Court their Joint Motion to Approve Settlement in conjunction with the settlement of Plaintiffs' collective action filed under Section 216(b) of the Fair Labor Standards Act (FLSA). The Confidential Settlement Agreement would be attached as Exhibit A to the parties Joint Motion to Approve Settlement. The Court, as part of its duty to evaluate the settlement of this FLSA collective action must be allowed to review the contents of the Confidential Settlement Agreement. However, the parties wish to preserve the confidentiality of the Agreement and therefore seek permission to file the Confidential Settlement Agreement under seal.

Therefore, the parties seek permission of the Court to file the Confidential Settlement Agreement (Exhibit A to the parties' Joint Motion to Approve Settlement which will be filed upon disposition of this Motion) under seal from public access only, with CM/ECF access permitted to the litigants' counsel.

Dated:   May 24, 2018                             Respectfully Submitted,

*/s/ George B. Ready*
George B. Ready (MS Bar #4674)
**Law Office of George B. Ready**
175 East Commerce St.
P.O. Box 127
Hernando, MS 38632
662-429-7088
GBReady@georgegreadyatty.com

*Attorney for the Named Plaintiffs, on behalf of themselves and all other similarly situated current and former employees*

s/Craig A. Cowart
Craig A. Cowart (MS Bar No. 10089)
**JACKSON LEWIS P.C.**
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile:  (901) 462-2626
Email: craig.cowart@jacksonlewis.com

Justin R. Barnes (*admitted pro hac vice*)
Eric R. Magnus (*admitted pro hac vice*)
JACKSON LEWIS P.C.
1155 Peachtree Road, Suite 1000
Atlanta, GA 30309
Telephone: (404) 525-8200
Facsimile:  (404) 525-1173
Email: barnesjr@jacksonlewis.com
Email: magnuse@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2018, a true and correct copy of the above JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL was served through the Court's ECF notification system upon all counsel of record.

/s/Craig A. Cowart
Craig A. Cowart
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
craig.cowart@jacksonlewis.com

*Attorneys for Defendant*

4853-2320-5989, v. 4

3