IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LAROSSASA BROWN, Individually, and on behalf of themselves and other similarly situated current and former employees,

     Plaintiffs,

v.

HUDDLE HOUSE, INC.,
a Georgia Corporation,

     Defendant.

Civil Action No.: 1:17-cv-173-SA-DAS

## ORDER

This case is before the Court for consideration of the Joint Motion for Conditional Certification of the Settlement Collective Action, Approval of Settlement Agreement, and for Stipulated Judgment Approving Settlement and Release Agreement. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release (the "Agreement") executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length by represented parties and is not the result of any collusion. The Court has also reviewed the unopposed request for approval of attorneys' fees and cost in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable.

Therefore, the Joint Motion [24] for Stipulated Judgment Approving Settlement Agreement and Release is hereby GRANTED, the Notices attached to the Settlement Agreement

are APPROVED, the settlement of the parties is hereby APPROVED, and the terms of the parties' Settlement Agreement are hereby incorporated into this Order. For settlement purposes only, the Court hereby certifies a collective action as set forth in the Parties' Joint Motion.

The Parties shall send out the notices and tender all required payments pursuant to the Parties' Settlement Agreement and Joint Motion for Approval. Therefore, the Court DISMISSES THIS LAWSUIT WITH PREJUDICE. This dismissal shall be subject to reopening for the purposes of settlement enforcement actions pursuant to the terms of the Agreement.

SO ORDERED this 27th day of July, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE